IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 11-143 |
| | ) |
| TYLON RAMON COUSIN | ) |

**ORDER OF COURT**

AND NOW, this 7th day of November, 2011, upon consideration of the foregoing Motion to Transfer Defendant, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the United States Marshal transfer Tylon Cousin from the Allegheny County Jail to the Northeast Ohio Correctional Center in Youngstown, Ohio.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record

United States Marshal