IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 11-CR-143 |
| | ) | |
| TYLON RAMON COUSIN | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 6th day of Dec, 2012, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the Glock, Model 22, .40 caliber handgun, bearing serial number AVR496 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 21 U.S.C. § 2461(c), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Tylon Ramon Cousin.

_____
United States District Court Judge